```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHLEEN SYPERT, on behalf of herself and all others similarly situated,

        Plaintiffs,

-against-

WYCKOFF HEIGHTS MEDICAL CENTER

        Defendant.

Case No. 1:18-cv-04983-AT

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
July 16, 2019

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorney for Plaintiff*

By: _____
Geoffrey Castello, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
gcastello@kelleydrye.com
*Attorney for Defendant*

SO ORDERED.

Dated: July 16, 2019
New York, New York

_____
**ANALISA TORRES**
**United States District Judge**